# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 33 WAL 2016
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
FRANCIS A. STRAUGHTERS, JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.